**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **JACINTO GONZALEZ, et al.**<br>    Plaintiff(s), | Case No.: 3:21−cv−00348−SB |
| v. | **ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR SPECIFIC PURPOSE** |
| **NW CASCADE PAINTING, LLC**<br>    Defendant(s). | |

   The Court, on its own motion, hereby conditionally appoints Lake James H. Perriguey as counsel of record for the purpose of reviewing a proposed settlement agreement with the defendant.

   Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

   If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

   Upon completion of the specified reason for appointment, the appointed attorney/law firm must file the Notice of Completion of Pro Bono Appointment with the appropriate option checked.

   Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

   **DATED** this 22nd day of June, 2021          /s/Stacie F. Beckerman

                                                  Honorable Stacie F. Beckerman
                                                  United States Magistrate Judge.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JACINTO GONZALEZ, et al.**<br>    **Plaintiff(s),** | Case No.: 3:21–cv–00348–SB |
| v. | **PRO BONO APPOINTMENT**<br>**RESPONSE FORM** |
| **NW CASCADE PAINTING, LLC**<br>    **Defendant(s).** | |

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of for the purpose of reviewing a proposed settlement agreement with the defendant is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JACINTO GONZALEZ, et al.**<br>    **Plaintiff(s),**<br><br>v.<br><br>**NW CASCADE PAINTING, LLC**<br>    **Defendant(s).** | Case No.: 3:21–cv–00348–SB<br><br>**NOTICE OF COMPLETION OF PRO BONO APPOINTMENT (SPECIFIC APPOINTMENTS ONLY)** |

_____

    As counsel of record appointed to represent under the Pro Bono Program for the United States District Court, District of Oregon, I hereby certify that:

    ☐ Representation of for the specific purpose of reviewing a proposed settlement agreement with the defendant has been completed; therefore, my representation under the Pro Bono Program is concluded and termination of the appointment is requested; or

    ☐ I accept full representation of and will remain as counsel of record for the duration of the case.


    **DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.