**Corinna Spencer-Scheurich**, OSB #130147
corinna@nwjp.org
Northwest Workers' Justice Project
812 SW Washington St, Suite #225
Portland, OR  97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029
**D. Michael Dale**, OSB #771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR  97113
Telephone: (503) 730-1706
Facsimile: (503) 946-3089
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **JACINTO GONZALEZ,** and **PAULA GONZALEZ,** individuals, | Case No.: 3:21-CV-00348-SB |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| **NW CASCADE PAINTING, LLC,** a domestic limited liability company, d.b.a. Cascade Painting and Cleaning | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiffs by and through their attorney, voluntarily dismiss

this lawsuit because the parties have resolved the matter.  Such dismissal should be with

prejudice, with each side to bear its own costs and fees.

Respectfully submitted this 14th day of September, 2021.


/s/ Corinna Spencer-Scheurich
Corinna Spencer-Scheurich, OSB #130147
Attorney for Plaintiffs


Page 1 – **NOTICE OF VOLUNTARY DISMISSAL**

## <u>CERTIFICATE OF SERVICE</u>

I, Corinna Spencer-Scheurich, hereby certify that on September 14, 2021, I delivered a true copy of the foregoing document on counsel via e-mail as follows:

Mr. Lake James H Perriguey
lake@law-works.com
Law Works LLC
1906 SW Madison St Ste 201
Portland OR  97205

Attorneys for Defendant

/s/ Corinna Spencer-Scheurich
Corinna Spencer-Scheurich, OSB #130147
Attorney for Plaintiffs

Page 1 – **CERTIFICATE OF SERVICE**